IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50625
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE LUIS ESTRADA-GARCIA,

                                        Defendant-Appellant;

_____

Consolidated with
No. 00-50712
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GERMAN GALAVIS-ACOSTA,

                                        Defendant- Appellant;

_____

Consolidated with
No. 00-50729
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JESUS ELIAS MENDOZA-CASTANEDA, also known as Lucio Hernandez-
Garcia

                                        Defendant-Appellant;

No. 00-50625
c/w Nos. 00-50712 &
00-50729 & 00-50788
- 2 -


_____

Consolidated with
No. 00-50766
_____


UNITED STATES OF AMERICA,

                                                Plaintiff-Appellee,

versus

RAFAEL TALAVERA-ROSAS,

                                                Defendant-Appellant.



_____

Consolidated with
No. 00-50788
_____


UNITED STATES OF AMERICA,

                                                Plaintiff-Appellee,

versus

GUSTAVO CALDERA-ROMERO,

                                                Defendant-Appellant.



- - - - - - - - - -
Appeals from the United States District Court
for the Western District of Texas
- - - - - - - - - -
February 15, 2001


Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Jose Luis Estrada-Garcia, German Galavis-Acosta, Jesus Elias Mendoza-Castaneda, Rafael Talavera-Rosas, and Gustavo Caldera-Romero (collectively the Defendants) appeal their sentences following their guilty plea convictions for illegal re-entry after deportation in violation of 8 U.S.C. § 1326. The Defendants argue that their sentences should not have exceeded the two-year maximum sentence under 8 U.S.C. § 1326(a). The Defendants acknowledge that their argument is foreclosed by Almendarez-Torres v. United States, 523 U.S. 224 (1998), but they seek to preserve the issue for Supreme Court review in light of Apprendi v. New Jersey, 120 S. Ct. 2348 (2000).

The Defendants' argument is foreclosed by Almendarez-Torres, 523 U.S. at 235.

The Government has moved for a summary affirmance in lieu of filing an appellee's brief. In its motion, the Government asks that the judgments of the district court be affirmed and that an appellee's brief not be required. The motion is granted.

AFFIRMED; MOTION GRANTED.